[Docket No. 8.]

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY
# CAMDEN VICINAGE

| | |
|---|---|
| TRUSTEES OF THE IBEW LOCAL 351 PENSION FUND, 351 SURETY FUND, WELFARE FUND, JOINT APPRENTICESHIP AND TRAINING COMMITTEE, SOUTH JERSEY ELECTRICAL WORKERS TEMPORARY DISABILITY FUND and IBEW LOCAL UNION NO. 351,<br><br>Plaintiffs,<br><br>v.<br><br>NRC CONTROLS, LLC,<br><br>Defendant. | Civil No. 22-03217 (RMB/SAK)<br><br>**ORDER** |

**RENÉE MARIE BUMB, United States District Judge**

**THIS MATTER** comes before the Court on Plaintiffs' Motion for Default Judgment. [Docket No. 8.] For the reasons expressed in the Opinion of today's date, and for good cause shown,

**IT IS**, this **7th** day of **December 2022**, hereby:

**ORDERED** that Plaintiffs' Motion for Default Judgment [Docket No. 8] is **GRANTED**; and it is further

**ORDERED** that Plaintiffs are entitled to recover from Defendant NRC Controls, LLC the sum of **$9,188.67**, which is inclusive of interest, and attorneys' fees, as provided by law and to include additional interest thereon; and it is finally

2

**ORDERED** that the Clerk of the Court shall **CLOSE** this matter.

s/Renée Marie Bumb
Renée Marie Bumb
United States District Judge